UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-24440-CIV-WILLIAMS

BURIJ MUCHNIK RIVERA, *et al.*,

    Plaintiffs,

v.

AMERICAN MEDICAL NETWORK LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on U.S. Magistrate Judge Chris M. McAliley's Omnibus Report and Recommendation ("***Report***") (DE 79) that the Court grant the Motion to Enforce Settlement and for Judgment ("***Motion to Enforce Settlement***") (DE 73) and grant in part the Motion for Attorney's Fees ("***Motion for Fees***") (DE 65), both of which were filed by Plaintiffs Burij Muchnik Rivera and Julio Narcisco Cortes ("***Plaintiffs***"). No objections to the Report have been filed. Upon an independent review of the Report, both Motions, the underlying record, and applicable case law, the Court agrees with Judge McAliley's recommendations.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 79) are **AFFIRMED AND ADOPTED**.
2. Plaintiffs' Motion to Enforce Settlement (DE 73) is **GRANTED**.
3. Judgment is **ENTERED** in in favor of Plaintiffs Burij Muchnik Rivera and Julio Narcisco Cortes, and against Defendants American Medical Network LLC, Zarbro, LLC, Guillermo Rochin, and Juan Zaragoza, jointly and severally, in the amount of **$33,434.50**.
4. On or before **FORTY-FIVE (45) DAYS** after the date of this Order, Defendants shall compete Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet) and all necessary attachments and provide to Plaintiffs' counsel. On or before **THREE (3) DAYS** after doing so, Defendants shall file a notice of compliance on the docket.

5. Plaintiffs' Motion for Attorney's Fees (DE 65) is **GRANTED IN PART AND DENIED IN PART**. Plaintiffs shall be awarded **$57,840.00** in reasonable attorney's fees, with post-judgment interest to accrue in accordance with 28 U.S.C. § 1961.

6. This case remains closed.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 25th day of January, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE